# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-11221

United States Court of Appeals
Fifth Circuit

**FILED**

October 28, 2019

Lyle W. Cayce
Clerk

HOSTINGXTREME VENTURES, L.L.C.,

Plaintiff - Appellant

v.

BESPOKE GROUP, L.L.C., a limited liability company incorporated by and under the laws of Texas; DIVYESH PATEL, an individual,

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CV-1471

Before JOLLY, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.